# Notice Recipients

District/Off: 0758–3   User: eADIuser   Date Created: 2/27/2023
Case: 3–23–00006–cjf   Form ID: summons3   Total: 1

**Recipients of Notice of Electronic Filing:**
aty   Jennifer M. Schank   jschank@fuhrmandodge.com

TOTAL: 1