# AFFIDAVIT OF SERVICE

| Case:<br>3-22-11903-cjf / 3-23-00006-cjf | Court:<br>United States Bankruptcy Court Western District of Wisconsin | County:<br>N/A, WI | Job:<br>8476398 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Megan Marie Kurtz | | Defendant / Respondent:<br>United States Department of Education et al | |
| Received by:<br>Dane County Civil Process, LLC | | For:<br>Fuhrman & Dodge, S.C. | |
| To be served upon:<br>United States Department of Education, c/o United States Attorney's Office | | | |

I, Michael Jesse, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Morgan Maloney, Legal Assistant, Government Office: 222 W Washington Ave Suite 700, Madison, WI 53703
**Manner of Service:** Government Agency, Mar 3, 2023, 8:45 am CST
**Documents:** Summons and Notice of Pretrial Conference in an Adversary Proceeding (Received Mar 2, 2023 at 9:00am CST), Complaint to Determine Discharge of Debt, Attestation in Support of Request for Stipulation Conceding Dischargeability of Student Loans

**Additional Comments:**
1) Successful Attempt: Mar 3, 2023, 8:45 am CST at Government Office: 222 W Washington Ave Suite 700, Madison, WI 53703 received by Morgan Maloney, Legal Assistant. Age: 22-27; Ethnicity: Caucasian; Gender: Female; Weight: 200; Height: 5'6"; Hair: Brown; Served.

**Fees:** $81.80

_Michael Jesse_                      03/03/2023
Dane County Civil Process, LLC        Date
345 W Washington Ave Suite 329
Madison, WI 53703
608-906-2917

Subscribed and sworn to before me by the affiant who is personally known to me.

_Notary Public_
03/03/2023       10/16/2026
Date             Commission Expires

[Notary Seal: LACY KIELMAN, NOTARY PUBLIC, STATE OF WISCONSIN]