IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

IN RE:

Megan Marie Kurtz,                              Case No. 22-11903-cjf

                  Debtor.                          Chapter 7

Megan Marie Kurtz,

                  Plaintiff,

v.                                             Adversary Case No. 23-00006

U.S. Department of Education, et al.,

                  Defendants.

**STIPULATION TO DISCHARGEABILITY**

Plaintiff and the U.S. Department of Education (Education) stipulate as follows:

1. Plaintiff Megan Marie Kurtz's (Kurtz) repayment of her student loan obligation owing to Education would impose an undue hardship.

2. In view of the imposed undue hardship on Kurtz, the undersigned agree her student loan obligations to Education should be declared dischargeable under 11 U.S.C. § 523(a)(8).

3. The Court may enter an order consistent with the terms of this Stipulation.

[signatures on following page]

Dated August 17, 2023

    Respectfully Submitted,

    For U.S. Department of Education:

    TIMOTHY M. O'SHEA
    United States Attorney

    By:

    *s/ Theresa M. Anzivino*
    THERESA (ESA) M. ANZIVINO
    Assistant United States Attorney
    United States Attorney's Office
    222 West Washington Avenue, Suite 700
    Madison, WI 53703
    Phone: (608) 264-5158
    theresa.anzivino@usdoj.gov

Dated August 17, 2023

    For Plaintiff:

    MEGAN MARIE KURTZ

    By:

    *s/ Jennifer M. Schank*
    Jennifer M. Schank
    Fuhrman + Dodge, S.C.
    6405 Century Avenue Ste 101
    Middleton, WI 53562
    (608) 327-4200
    jschank@fuhrmandodge.com