**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: August 17, 2023**

_____
**Hon. Catherine J. Furay**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE: | |
| Megan Marie Kurtz, | Case No. 22-11903-cjf |
| Debtor. | Chapter 7 |
| | |
| Megan Marie Kurtz, | |
| Plaintiff, | |
| v. | Adversary Case No. 23-00006 |
| U.S. Department of Education, et al., | |
| Defendants. | |

## ORDER DETERMINING DISCHARGEABILITY OF STUDENT LOANS

Based upon the stipulation between Plaintiff Megan Marie Kurtz and Defendant U.S. Department of Education (Education), the Court ORDERS that Plaintiff Megan Marie Kurtz's student loan obligation to Education is dischargeable under 11 U.S.C. § 523(a)(8).

# # #